IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL NO.  G-01-09 (02) |
| § | CIVIL ACTION NO. G-05-079 |
| FRANK WESLEY JOHNS § | |

### FINAL JUDGMENT

Pursuant to this Court's Opinion and Order of even date herewith, the "Motion Under 28 U.S.C. §2255 to Vacate, Set Aside or Correct Sentence By a Person on Federal Custody" (Instrument no. 65) filed by Frank Wesley Johns, is **DENIED**.

**THIS IS A FINAL JUDGMENT.**

**DONE** at Galveston, Texas, this 22nd day of July, 2005.

_____
Samuel B. Kent
United States District Judge